*In re* **ARMONDA**, Albert James (MR 20283)
Burlington, WI

Order of the Court:

The motion by Albert James Armonda for leave to file his Rule 762(a) affidavit instanter is allowed. The motion by Albert James Armonda to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.